UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAYMONT FRANCHISE SYSTEMS, INC., *a Delaware Corporation*,<br><br>*Plaintiff*,<br><br>v.<br><br>7601 BLACK LAKE RD., LLC, *a Florida Limited Liability Company*; and ROBERT JARVIS, *an individual*,<br><br>*Defendants*. | Civil Action No. 21-18049<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and good cause shown,

**IT IS** on this 14th day of June, 2022,

**ORDERED** that Plaintiff's motion for default judgment, D.E. 9, is **GRANTED**; and it is further

**ORDERED** that **JUDGMENT** is entered in favor of Plaintiff against Defendants 7601 Black Lake Rd., LLC, and Robert Jarvis, jointly and severally, in the amount of $447,235.47, comprised of $377,821.70 for liquidated damages and $69,413.77 for past-due Recurring Fees; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　John Michael Vazquez, U.S.D.J.